IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Divsion

TABITHA CORLIS,                                  Civil No. 09-1169-MA

          Plaintiff,                    ORDER AWARDING EAJA FEES

  v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security Administration,

          Defendant.

Plaintiff's Motion (#16) for EAJA fees is GRANTED IN PART and DENIED IN PART. Attorney fees in the amount of $5,349.71 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

The amount of this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned these EAJA fees to her attorney and that Plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program. See <u>Astrue v. Ratliff</u>, _____ U.S. _____, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Rory J. Linerud, at P. O. Box 1105, Salem, OR 97308-1105. If

1 - ORDER AWARDING EAJA FEES

Plaintiff has a debt, and/or if there is no valid assignment, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this __4__ day of January, 2010.

                                          /s/   Malcolm F. Marsh
                                              Malcolm F. Marsh
                                              United States District Judge